DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Denny<br><br>Case below:<br>179 N.C. App. 822 | No. 572P06 | 1. AG's Motion for Temporary Stay (COA05-1419)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 11/06/06<br><br>2. Allowed 12/14/06<br><br>3. Allowed 12/14/06 |
| State v. Downs<br><br>Case below:<br>179 N.C. App. 860 | No. 600P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA06-28)<br><br>2. AG's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 12/14/06<br><br>2. Dismissed as Moot 12/14/06 |
| State v. Duarte<br><br>Case below:<br>174 N.C. App. 626 | No. 653P05 | 1. AG's Motion for Temporary Stay (COA04-1455)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion for Appeal | 1. Allowed **360 N.C. 178**<br><br>Stay dissolved 12/19/06<br><br>2. Denied 12/19/06<br><br>3. See Special Order Page 153<br><br>4. Dismissed Ex Mero Motu 01/26/06 |
| State v. Everette<br><br>Case below:<br>172 N.C. App. 237 | No. 452A05 | 1. AG's Motion for Temporary Stay (COA03-858)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's NOA (Dissent)<br><br>5. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **360 N.C. 69**<br><br>2. Allowed 12/19/06<br><br>3. Allowed 12/19/06<br><br>4. —<br><br>5. Allowed 12/19/06<br><br>**Timmons-Goodson, J., Recused** |
| State v. Farrar<br><br>Case below:<br>179 N.C. App. 561 | No. 527P06 | AG's Motion for Temporary Stay (COA05-1319) | Allowed 10/05/06 |